Frieda Jacoff, Respondent, v. J. & B. Developing Corporation and Others, Defendants, and Brooklyn Boiler and Radiator Corporation and Robert Krauss Flooring Co., Inc., Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Julia Kavanagh, Appellant, v. Gimbel Brothers, Inc., Respondent.— Application for stay of oral examination pending appeal granted. The physical examination desired may be had, the same to proceed on five days' notice at place and hour designated in the order. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ. Settle order on notice.

Gustave Kurtzer, Respondent, v. Frank J. Allocca, Inc., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within ten days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Antonio Lauria, Respondent, v. Jaburg Brothers, Inc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion to resettle order denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Ethel Lubarsky, Respondent, v. Fannie Edelman, Appellant, and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Marshall Mortgage Corporation, Respondent, v. Philly Building Corporation and Others, Defendants. City Masons Supply Co., Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Rich, Young, Hagarty, Seeger and Scudder, JJ.

Anna Miller and Ellen Bullock, Respondents, v. Grace F. Mulvey and Others, Appellants.— Motion to dismiss appeal will be heard with the appeal, which is to be brought on for the November term. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Matilda K. Monturean, Respondent, v. Harry B. Monturean, Appellant.— Motion to stay physical examination granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Harold H. Moore, Respondent, v. Julius J. Lang, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

Municipal Bank and Trust Company, Respondent, v. Cinak Realty Corporation and Others, Defendants. Brooklyn Empire Construction Company, Inc., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.